FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.
DEC 29 2009
BY_____
DEPUTY CLERK

# United States District Court
MIDDLE DISTRICT OF TENNESSEE (NASHVILLE DIVISION)

UNITED STATES OF AMERICA

V.

DANIEL QUAIL

**CRIMINAL COMPLAINT** 09-1115 MG

Case Number:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about December 15, 2009 in Sumner County, in the Middle District of Tennessee defendant(s) did,

knowingly distribute and attempt to distribute child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that has been shipped or transported using any means or facility of interstate or foreign commerce

in violation of Title __18__ United States Code, Section(s) __2252A(a)(2)(A)__. I further state that I am a(n) __Special Agent, ICE__ and that this complaint is based on the following facts:

See Attached Affidavit

Continued on the attached sheet and made a part hereof: ■ Yes ☐ No

_____
Signature of Complainant
Jonathan Hendrix
Special Agent, ICE

Sworn to me and subscribed in my presence,

__December 29, 2009__          at   Nashville, Tennessee
Date                                  City and State

__Juliet Griffin, United States Magistrate Judge__
Name & Title of Judicial Officer

_____
Signature of Judicial Officer