AO 442 (Rev. 10/03) Warrant for Arrest

# United States District Court
## MIDDLE DISTRICT OF TENNESSEE (NASHVILLE DIVISION)

UNITED STATES OF AMERICA

V.

DANIEL QUAIL

**WARRANT FOR ARREST**

Case Number: **09-1115 MG**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _Daniel Quail_
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ■ Complaint  ☐ Order of Court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

Distribution and/or Attempted Distribution of Child Pornography

in violation of Title __18__ United States Code, Section(s) __2252A(a)(2)(A)__.

Juliet Griffin
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

[Signature]
Signature of Issuing Officer

December 29, 2009    Nashville, TN
Date                 Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

_1089 Sam Houston Circle Gallatin TN 37066_

| DATE RECEIVED 12/29/09 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 12/29/09 | Jonathan A. Hendrix | [Signature] J. Hendrix |

Case 3:09-mj-01115   Document 7   Filed 12/30/09   Page 1 of 1 PageID #: 11