MAGISTRATE JUDGE GRIFFIN COURTROOM MINUTES FOR CRIMINAL PROCEEDINGS

U.S.A. v. Daniel Quail, No. 09-mj-1115

**ATTORNEY FOR GOVERNMENT:** Daughtrey

**ATTORNEY FOR DEFENDANT:** Henry Martin

U.S. Pretrial Services/Probation Officer: Searcy

**INTERPRETER NEEDED?** YES (NO) LANGUAGE/INTERPRETER: _____
☐ PRESENT ☐ ON TELEPHONE

☒ **INITIAL APPEARANCE**
☒ **DEFENDANT ARRESTED ON:** _____
☐ DEFENDANT APPEARED ON A SUMMONS

DEFENDANT HAS A COPY OF:
☒ Complaint ☐ Indictment ☐ Information ☐ Supervised Release Pet. ☐ Other _____
☒ Defendant advised of the charges and the maximum penalties
☒ Defendant has a copy of notice of rights
☒ Defendant advised of right to counsel  ☐ Counsel retained
☒ Defendant sworn and financial affidavit filed  ☒ FPD Appointed
☒ Defendant advised of right to silence
☐ Defendant advised of right to identity hearing
☒ Defendant advised of right to preliminary hearing
☒ Government moved for detention  ☐ Defendant in state/federal custody
☐ Defendant temporarily detained  ☐ ICE detainer on defendant
☐ Defendant ordered to psychological/psychiatric evaluation
☐ Defendant remains on current conditions of supervised release
☐ Defendant released on:
 ☐ Own recognizance with conditions of release  ☐ standard  ☐ special
 ☐ Appearance bond in the amount of: _____
 ☐ Property bond [description of property]: _____
 ☐ Performance bond [as set out in conditions of release]

☐ **GRAND JURY WAIVED IN OPEN COURT**  [Defendant sworn and advised of rights by Court]

☐ **ARRAIGNMENT**  ☐ **ARRAIGNMENT ON SUPERSEDING**
 ☐ Defendant acknowledges he/she has copy of Indictment/Information
 ☐ Indictment/Information read to defendant by Judge  ☐ Defendant waives reading thereof
 **PLEA:** ☐ GUILTY  ☐ NOT GUILTY  ☐ Defendant intends to plead guilty and case referred to DJ
 ☐ Misdemeanor - defendant consented to trial before Magistrate Judge
 ☐ Written plea agreement/filed in open Court  ☐ Oral plea agreement
 ☐ Guilty plea:  ☐ Accepted  ☐ Rejected  ☐ Taken under advisement

☐ **IDENTITY HEARING**
 ☐ Held, defendant found to be person named in warrant
 ☐ Held, defendant found NOT to be person named in warrant and released
 ☐ Waived in open Court

DATE: 12-30-09  TOTAL TIME: 10 min
BEGIN TIME: 12:36  END TIME: 12:46
TAPE NO.(S) G2009-140

Form Revised 3/7/2008  Page 1 of 2

Case 3:09-mj-01115 Document 9 Filed 12/30/09 Page 1 of 2 PageID #: 14

UNITED STATES OF AMERICA v. _Daniel Quail_ NO. 09-mj-1115

☐ **PRELIMINARY HEARING**
    ☐ Held to answer/bound over      ☐ Discharged from custody
    ☐ Held to answer in District of Prosecution
    ☐ Defendant reserved right to have hearing in District of Prosecution
    ☐ Defendant waived preliminary hearing

☐ **DETENTION HEARING**
    ☐ Government withdrew motion for detention or agreed to release
    ☐ Pretrial Services Report made a part of the record    ☐ Counsel moved to retain copy of PTSR/granted
    ☐ Bond set at: _____    ☐ Defendant released on [date]:_____
    ☐ Defendant elected to have hearing in District of Prosecution
    ☐ Defendant waived detention hearing    ☐ Defendant reserved right to hearing in future
    ☐ Defendant detained, order to enter    ☐ ICE detainer pending
    ☐ Defendant to remain in Federal custody    ☐ Defendant to be returned to State custody
    ☐ Government moved for stay of execution of release pending appeal
        ☐ Motion granted    ☐ Motion denied
    ☐ Defendant advised of right to appeal

☐ **OTHER**
    ☐ Type of hearing and outcome: _____

☐ **DEFENDANT ADVISED OF RIGHT TO RULE 20 TRANSFER**

☐ **DEFENDANT DID NOT APPEAR AS DIRECTED, BENCH WARRANT ISSUED**

Preliminary/Detention/~~Arraignment~~ hearing CONTINUED TO: _10:30, Wed., 1/6/2010_

**NOTES/EVIDENTIARY MATTERS/SENTENCING:**     (Witnesses, Exhibits, Attach W/Ex List if necessary)

Case 3:09-mj-01115 Document 9 Filed 12/30/09 Page 2 of 2 PageID #: 15