MAGISTRATE JUDGE GRIFFIN COURTROOM MINUTES FOR CRIMINAL PROCEEDINGS

U.S.A. v. Daniel Quail, No. 09-1115

**ATTORNEY FOR GOVERNMENT:** Daughtrey

**ATTORNEY FOR DEFENDANT:** Martin

U.S. Pretrial Services/Probation Officer: Searcy

**INTERPRETER NEEDED?** YES NO  LANGUAGE/INTERPRETER: _____
☐ PRESENT   ☐ ON TELEPHONE

☐ **INITIAL APPEARANCE**               ☐ DEFENDANT ARRESTED ON: _____
                                       ☐ DEFENDANT APPEARED ON A SUMMONS

DEFENDANT HAS A COPY OF:
☐ Complaint  ☐ Indictment  ☐ Information  ☐ Supervised Release Pet.  ☐ Other _____
☐ Defendant advised of the charges and the maximum penalties
☐ Defendant has a copy of notice of rights
☐ Defendant advised of right to counsel                    ☐ Counsel retained
☐ Defendant sworn and financial affidavit filed            ☐ FPD Appointed
☐ Defendant advised of right to silence
☐ Defendant advised of right to identity hearing
☐ Defendant advised of right to preliminary hearing
☐ Government moved for detention                           ☐ Defendant in state/federal custody
☐ Defendant temporarily detained                           ☐ ICE detainer on defendant
☐ Defendant ordered to psychological/psychiatric evaluation
☐ Defendant remains on current conditions of supervised release
☐ Defendant released on:
    ☐ Own recognizance with conditions of release  ☐ standard  ☐ special
    ☐ Appearance bond in the amount of: _____
    ☐ Property bond [description of property]: _____
    ☐ Performance bond [as set out in conditions of release]

☐ **GRAND JURY WAIVED IN OPEN COURT**  [Defendant sworn and advised of rights by Court]

☐ **ARRAIGNMENT**   ☐ **ARRAIGNMENT ON SUPERSEDING**
  ☐ Defendant acknowledges he/she has copy of Indictment/Information
  ☐ Indictment/Information read to defendant by Judge   ☐ Defendant waives reading thereof
  **PLEA:** ☐ GUILTY  ☐ NOT GUILTY   ☐ Defendant intends to plead guilty and case referred to DJ
  ☐ Misdemeanor - defendant consented to trial before Magistrate Judge
  ☐ Written plea agreement/filed in open Court   ☐ Oral plea agreement
  ☐ Guilty plea:   ☐ Accepted   ☐ Rejected   ☐ Taken under advisement

☐ **IDENTITY HEARING**
  ☐ Held, defendant found to be person named in warrant
  ☐ Held, defendant found NOT to be person named in warrant and released
  ☐ Waived in open Court

DATE: 1/6/10                 TOTAL TIME: 86 min
BEGIN TIME: 11:12            END TIME: 12:38
TAPE NO.(S) G2010-001, 002

Form Revised 3/7/2008        Page 1 of 2

Case 3:09-mj-01115  Document 13  Filed 01/06/10  Page 1 of 2 PageID #: 19

UNITED STATES OF AMERICA v. Daniel Quail    NO. 09-1145

☒ **PRELIMINARY HEARING**
    ☒ Held to answer/bound over      ☐ Discharged from custody
    ☐ Held to answer in District of Prosecution
    ☐ Defendant reserved right to have hearing in District of Prosecution
    ☐ Defendant waived preliminary hearing

☒ **DETENTION HEARING**
    ☐ Government withdrew motion for detention or agreed to release
    ☒ Pretrial Services Report made a part of the record    ☐ Counsel moved to retain copy of PTSR/granted
    ☐ Bond set at: _____    ☐ Defendant released on [date]:_____
    ☐ Defendant elected to have hearing in District of Prosecution
    ☐ Defendant waived detention hearing    ☐ Defendant reserved right to hearing in future
    ☒ Defendant detained, order to enter    ☐ ICE detainer pending
    ☒ Defendant to remain in Federal custody    ☐ Defendant to be returned to State custody
    ☐ Government moved for stay of execution of release pending appeal
        ☐ Motion granted    ☐ Motion denied
    ☒ Defendant advised of right to appeal

☐ **OTHER**
    ☐ Type of hearing and outcome: _____

☐ **DEFENDANT ADVISED OF RIGHT TO RULE 20 TRANSFER**

☐ **DEFENDANT DID NOT APPEAR AS DIRECTED, BENCH WARRANT ISSUED**

**Preliminary/Detention/Arraignment hearing CONTINUED TO:** _____

**NOTES/EVIDENTIARY MATTERS/SENTENCING:**    (Witnesses, Exhibits, Attach W/Ex List if necessary)

    see attached

Page 2 of 2

Case 3:09-mj-01115   Document 13   Filed 01/06/10   Page 2 of 2 PageID #: 20